John J. Talton, Chapter 13 Trustee  Check No. 820277
Pay to: CLERK  Clerk of the Court
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 10-90172 | 004-0 | JOE K. DELAFIELD<br>Original Check written to:<br>WALKER MOTOR COMPANY<br>1128 NORTH STREET<br>NACOGDOCHES, TX 75961- | xxxxx4743 | 21,354.84 | 265.39 | 0.00 | 265.39 |